**Order entered October 12, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-01010-CV**
**No. 05-22-01011-CV**
**No. 05-22-01012-CV**
**No. 05-22-01013-CV**
**No. 05-22-01014-CV**
**No. 05-22-01015-CV**
**No. 05-22-01016-CV**
**No. 05-22-01017-CV**

**IN RE ALEX PERRY NEAL, Relator**

**Original Proceedings from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82970, No. 296-82971, No. 296-82972, No. 296-82973, No. 296-82974, No. 296-82975, No. 296-082976, No. 296-82977**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of today's date, we **DISMISS** these proceedings

for want of jurisdiction.

/s/    BILL PEDERSEN, III
       JUSTICE